UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:25-cr-20050-1

v.                                          Honorable Thomas L. Ludington
                                                 United States District Judge

KILAUN M. BROOKS,

        Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REVOKE BOND, REVOKING BOND, AND DETAINING DEFENDANT PRETRIAL**

In February 2025, the Grand Jury returned an initial Indictment charging Defendant Kilaun Brooks with two counts of interference with commerce by robbery, in violation of 18 U.S.C. §§ 1951(a). ECF No. 1. At his initial arraignment and detention hearing, Defendant was released subject to an unsecured $10,000 bond and conditions. *See* ECF Nos. 12; 13. In May 2025, the Grand Jury returned the operative Superseding Indictment, adding Codefendants. ECF No. 47. Defendant was arraigned again on June 3, 2025 and his release on bond was continued. *See* ECF Nos. 52; 54.

But on June 16, 2025, the Government filed a criminal complaint against Defendant, initiating a separate case, alleging that Defendant was a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). *See United States v. Brooks*, Case No. 1:25-CR-30389 (E.D. Mich. June 16, 2025). In that case, on June 18, 2025, Magistrate Judge David Grand ordered Defendant detained pretrial. *Id.*, ECF No. 13.

- 2 -

So on June 24, 2025, Defendant filed a motion in the above-captioned case consenting to bond revocation and pretrial detention. ECF No. 78. The Government does not object to either request. *Id.* at PageID.246.

Accordingly, it is **ORDERED** that Defendant's Motion to Consent to Detention and Revoke Bond, ECF No. 78, is **GRANTED.**

Further, it is **ORDERED** that Defendant's Bond, ECF No. 13, is **REVOKED**. *See* 18 U.S.C. §3145(a)(2).

Further, it is **ORDERED** that Defendant be **DETAINED** pretrial in the above-captioned case.

Dated: June 30, 2025                                              s/Thomas L. Ludington
                                                                              THOMAS L. LUDINGTON
                                                                              United States District Judge