

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

UNITED STATES OF AMERICA,

    v.

D-1   KILAUN BROOKS,
D-2   DEMOND MANLEY,
D-3   CHRISTOPHER RUDOLPH,
D-4   DEON THOMAS,
D-5   LORENZO TERRY,
D-6   JAMES MOSLEY, and
D-7   ANDRE RICHARDS,

    Defendants.
_____/

Case No. 25-cr-20050

HON. DAVID M. LAWSON
United States District Judge

HON. PATRICIA T. MORRIS
United States Magistrate Judge

Violations:
18 U.S.C. § 1951
18 U.S.C. § 2



FILED
MAR 04 2026
U.S. DISTRICT COURT
FLINT, MICHIGAN

## THIRD SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. §§ 1951(a) and 2
*Conspiracy to Interfere with Commerce by Robbery*

D-1   KILAUN BROOKS
D-2   DEMOND MANLEY
D-3   CHRISTOPHER RUDOLPH
D-6   JAMES MOSLEY

Beginning on or about May 9, 2024 and continuing until on or about May 10,

2024, in the Eastern District of Michigan, the defendants, KILAUN BROOKS,

DEMOND MANLEY, CHRISTOPHER RUDOLPH, and JAMES MOSLEY,

knowingly conspired and agreed with each other and others known and unknown to

the grand jury, to unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, in that KILAUN BROOKS, DEMOND MANLEY, CHRISTOPHER RUDOLPH, JAMES MOSLEY, and others known and unknown to the grand jury conspired to unlawfully take property by robbery, specifically jewelry, from the presence of store employees of Kay Jewelers in Fenton, Michigan, against their will, by means of actual and threatened force, and violence, and fear of injury, immediate and future, to their persons; all in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO
18 U.S.C. §§ 1951(a) and 2
*Interference with Commerce by Robbery*

D-1   KILAUN BROOKS
D-2   DEMOND MANLEY
D-3   CHRISTOPHER RUDOLPH
D-6   JAMES MOSLEY

On or about May 10, 2024, in the Eastern District of Michigan, the defendants, KILAUN BROOKS, DEMOND MANLEY, CHRISTOPHER RUDOLPH, JAMES MOSLEY, and others known and unknown to the grand jury, aiding and abetting one another, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, in that KILAUN BROOKS, DEMOND MANLEY, CHRISTOPHER RUDOLPH, JAMES MOSLEY, and others known and unknown to the grand jury, unlawfully took

2

property, specifically jewelry, from the presence of store employees of Kay Jewelers

in Fenton, Michigan, against their will, by means of actual and threatened force, and

violence, and fear of injury, immediate and future, to their persons; all in violation

of Title 18, United States Code, Sections 1951(a) and 2.

**<u>COUNT THREE</u>**
18 U.S.C. §§ 1951(a) and 2
*Conspiracy to Interfere with Commerce by Robbery*

D-1   KILAUN BROOKS
D-4   DEON THOMAS
D-5   LORENZO TERRY
D-6   JAMES MOSLEY
D-7   ANDRE RICHARDS

Beginning on or about December 10, 2024, and continuing until on or about

December 12, 2024, in the Eastern District of Michigan, the defendants, KILAUN

BROOKS, DEON THOMAS, LORENZO TERRY, JAMES MOSLEY, and

ANDRE RICHARDS knowingly conspired and agreed with each other and others

known and unknown to the grand jury, to unlawfully obstruct, delay, and affect

commerce, and the movement of articles and commodities in commerce, in that

KILAUN BROOKS, DEON THOMAS, LORENZO TERRY, JAMES MOSLEY,

ANDRE RICHARDS, and others known and unknown to the grand jury, conspired

to unlawfully take property by robbery, specifically jewelry, from the presence of

store employees of Zales the Diamond Store Outlet in Birch Run, Michigan, against

their will, by means of actual and threatened force, and violence, and fear of injury,

immediate and future, to their persons; all in violation of Title 18, United States Code, Sections 1951(a) and 2.

## **COUNT FOUR**
18 U.S.C. §§ 1951(a) and 2
*Interference with Commerce by Robbery*

> D-1   KILAUN BROOKS
> D-4   DEON THOMAS
> D-5   LORENZO TERRY
> D-6   JAMES MOSLEY
> D-7   ANDRE RICHARDS

On or about December 12, 2024, in the Eastern District of Michigan, the defendants, KILAUN BROOKS, DEON THOMAS, LORENZO TERRY, JAMES MOSLEY, ANDRE RICHARDS, and others known and unknown to the grand jury, aiding and abetting one another, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, in that KILAUN BROOKS, DEON THOMAS, LORENZO TERRY, and others known and unknown to the grand jury, unlawfully took property, specifically jewelry, from the presence of store employees of Zales the Diamond Store Outlet in Birch Run, Michigan, against their will, by means of actual and threatened force, and violence, and fear of injury, immediate and future, to their persons; all in violation of Title 18, United States Code, Sections 1951(a) and 2.

4

## FORFEITURE ALLEGATIONS

(18 U.S.C. § 981 and 28 U.S.C. § 2461)

1. The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

2. Upon conviction of the offense(s) charged in Counts One through Four of this Indictment, in violation of Title 18, United States Code, Sections 1951 and Two, defendant(s) shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the offense(s), pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

3. Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

(a) Cannot be located upon the exercise of due diligence;

(b) Has been transferred or sold to, or deposited with, a third party;

(c) Has been placed beyond the jurisdiction of the Court;

(d) Has been substantially diminished in value; or

(e) Has been commingled with other property that cannot be subdivided without difficulty;

5

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

**THIS IS A TRUE BILL.**

s/GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/ANTHONY P. VANCE
Anthony P. Vance
Assistant United States Attorney
Chief, Branch Offices

CHRISTOPHER W. RAWSTHORNE
Christopher W. Rawsthorne
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Christopher.rawsthorne@usdoj.gov

Dated: March 4, 2026

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>25-cr-20050 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☑ No | AUSA's Initials: CWR |

Case Title: USA v. KILAUN M. BROOKS, ET. AL.

County where offense occurred : SAGINAW

Check One:    ☑ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** _____]
__X_Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 25-cr-20050                    **Judge:** David M. Lawson

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☑ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| D6-James Mosley<br>D7-Andre Richards | 18 U.S.C. §§ 1951(a) and 2 | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

03/04/2026
_____
Date

Christopher W. Rawsthorne
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Christopher.Rawsthorne@usdoj.gov
P84401

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013